IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
JUL 29 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SUPERSEDING INFORMATION |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:21CR802 |
| | ) | Title 46, United States Code, Section 2302(b) |
| ALEN ENI GORISHTI, | ) | |
| Defendant. | ) | |

### COUNT 1
(Negligent Operation and Interference with Safe Operation of a Vessel, Title 46, United States Code, Section 2302(b))

The United States Attorney charges:

On or about November 6, 2016, in the Northern District of Ohio, Eastern Division, Defendant, ALEN ENI GORISHTI, second mate of the ITB Petite Forte, did operate a vessel in a grossly negligent manner and did endanger the life, limb, or property of another, specifically defendant ALEN ENI GORISHTI through the grossly negligent operation of the ITB Petite Forte did cause the death of another, one R.B., and did cause damage to the boat belonging to one M.J.

In violation of Title 46, United States Code, Section 2302(b).

REBECCA C. LUTZKO
United States Attorney

By: *[signature]*
KELLY GALVIN
Chief, General Crimes Unit